IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

JAMES M. GUNZENHAUSER　　　　　　　　　　　Case No. 10-24313-rdb-13
REBECCA A. GUNZENHAUSER

　　　　Debtors.

## AMENDED CHAPTER 13 PLAN AND PLAN SUMMARY

**COME NOW** Debtors, by and through counsel, David A. Reed, Esq., and move to amend their proposed Chapter 13 Plan on a pre-confirmation basis pursuant to §1323(a) of Title 11 as follows:

********

**Paragraph 7(c), Secured Creditors**: the filed and allowed claim of Nebraska Furniture Mart shall be paid through the plan at a discount factor, with an EMA of $113.00, and the EMA for attorney fees reduced to $114.00 per month;

********

**WHEREFORE** Debtors pray that the plan as amended shall be confirmed.


　/s/ David A. Reed
David A. Reed #14581 KS
7823 Parallel Parkway
Kansas City, KS 66112
(913) 342-7200
(913) 342-1001 fax
BKLAW@swbell.net
Attorney for Debtors

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing motion was mailed, postage prepaid, and addressed to the following on this 19th day of January, 2011: Debtors, William H. Griffin, Chapter 13 Trustee, and all parties in interest per PACER.

  /s/ David A. Reed_____
David A. Reed #14581 KS